UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRANCIS VENTICINQUE,**

        **Plaintiff,**

v.         Case No. 8:03-cv-1046-T-24MSS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Consent Petition for Attorney Fees (Dkt. 21). Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff requests an award of attorney fees in the amount of $3,837.77. In addition, Plaintiff seeks recovery of costs in the amount of $150.00, the filing fee for this case. Plaintiff states that Defendant has no objection to the requested payment.

Upon review of Plaintiff's motion, the Undersigned finds that the attorney fees and costs requested are reasonable and justified. Accordingly, Plaintiff's Consent Petition for Attorney Fees (Dkt. 21) is **GRANTED**, and Plaintiff is awarded attorney fees in the amount of $3,837.77 and costs in the amount of $150.00.

**DONE** and **ORDERED** in Tampa, Florida this 24th day of April 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:
Counsel of Record

-1-